FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 13, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STASHA H.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW M. SAUL,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | NO: 4:20-CV-05130-FVS<br><br>ORDER DENYING REPORT AND RECOMMENDATION AS MOOT |

On August 7, 2020, Magistrate Judge Rodgers filed a Report and Recommendation recommending that the Court deny Plaintiff's application to proceed *in forma pauperis*, and order Plaintiff to pay the full filing fee and administrative fee within 30 days of the adoption of the report and recommendation. ECF No. 4. On August 19, 2020, Plaintiff paid the full filing fee of $400.00. Because Plaintiff paid the filing fee, the Court hereby denies the Report and Recommendation, ECF No. 4, as moot.

Accordingly, **IT IS HEREBY ORDERED:**

ORDER ~ 1

1. Magistrate Judge John T. Rodgers' Report and Recommendation, **ECF No. 4**, is **DENIED as moot**.

**IT IS SO ORDERED** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** November 13, 2020.

                         *s/Fred Van Sickle*
                         Fred Van Sickle
                 Senior United States District Judge

ORDER ~ 2